UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BIOWOUND SOLUTIONS, INC., Plaintiff, v. DR. ISMAEL BAGUE CANDELARIA, *et al.*, Defendants. | Case No. 2:26-cv-00756-MMD-DJA<br>ORDER |

Plaintiff Biowound Solutions, Inc. alleges that Defendants[1] failed to timely pay for wound care products they purchased from Plaintiff between January 20, 2025 and March 14, 2025 in breach of a Customer Agreement. (ECF No. 1.) Before the Court is Plaintiff's motion for default judgment. (ECF No. 18.) The Court finds that default judgment is proper. Plaintiff has satisfied the procedural requirements for default judgment under Federal Rule of Civil Procedure 55(b). The Clerk of Court properly entered a default against Defendants under Rule 55(a) because Defendants have failed to appear after having been properly served. (ECF No. 17.) Plaintiff has also satisfied the factors for obtaining default judgment articulated in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986). The Court further finds that Plaintiff is entitled to default judgment on its first claim for breach of contract and will dismiss the remaining claim.[2]

It is therefore ordered that Plaintiffs' motion for default judgment (ECF No. 18) is granted. The Court grants default judgment on Plaintiff's first claim for relief for default judgment and awards Plaintiff damages in the amount of $2,467,482.83, which includes attorneys' fees and costs. The Court dismisses the remaining claims in the Complaint.

---

[1]Defendants are Dr. Ismael Bague Candelaria and Dr. Bague Wellness Clinic and Wound Healing LLC d/b/a Consultorio Medico Familiar Dr. Bague. (ECF No. 1 at 1-2.)

[2]Plaintiff asks the Court to dismiss the remaining claims should it grant default judgment on the first claim for breach of contract. (ECF No. 18 at 2.)

The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

DATED this 9th Day of October 2026.

MIRANDA DU
UNITED STATES DISTRICT JUDGE